STATE OF NEW JERSEY v. BYRON MONTGOMERY.

November 1, 1988.

Petition for certification denied.   (See 226 *N.J.Super.* 25)

STATE OF NEW JERSEY v. BRIAN PETERKIN.

November 1, 1988.

Petition for certification .denied.   (See 226 *N.J.Super.* 25)

STATE OF NEW JERSEY v. RODNEY JONES.

November 1, 1988.

Petition for certification denied.   (See 226 *N.J.Super.* 25)

STATE OF NEW JERSEY v. CYNTHIA ANN LADA.

November 1, 1988.

Petition for certification denied.

STATE OF NEW JERSEY·v. ROBERT D. ADAMS.

November 1, 1988.

Petition for certification denied.